**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Daniel Wayne Tovar v. The State of Texas

Appellate case numbers:  01-15-00369-CR and 01-15-00370-CR

Trial court case numbers: CR23,522 and CR24,217

Trial court:                  20th District Court of Milam County

Our review of the above-referenced appeal requires a supplemental clerk's record containing the pre-trial sentencing investigation (PSI) report referenced at the March 13, 2015 sentencing hearing in the underlying cases. Accordingly, we order that the district court clerk file a supplemental clerk's record containing the PSI report by no later than January 6, 2016.

It is so ORDERED.

Judge's signature: /s/ Jane Bland_____
                          Acting individually


Date:  December 3, 2015